IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00369-WDM-BNB

KARENE'E WILLIAMS,

Plaintiff,

v.

M&T BANK, as successor by merger to M&T Mortgage Corporation,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Plaintiff's Motion for Stay of All Proceedings for 45 Days and Certificate of Compliance with D.C.COLO.LCivR 7.1(A)** [docket no. 7, filed April 16, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  Defendant shall answer or respond to the plaintiff's Complaint on or before **June 1, 2009**.

IT IS FURTHER ORDERED that the Scheduling Conference set for April 24, 2009, is **vacated and reset to July 7, 2009, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., and all other related deadlines, are due on or before **June 30, 2009**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  April 20, 2009