IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: LaDonne Bush | Date: July 20, 2009 |
| Court Reporter: Kara Spitler | |

Civil Action No. 09-cv-00369-WDM-BNB

| Parties: | Counsel: |
|---|---|
| KARENE'E WILLIAMS, | Anne Sulton |
| Plaintiff, | |
| v. | |
| M & T Bank, As successor by merger to M & T Mortgage Corporation, | Laurin D. Quiat |
| Defendant. | |

COURTROOM MINUTES

Hearing on Motion to Vacate Hearing

3:01 p.m.     Court in session.

Court's preliminary statement.

Statement by Mr. Quiat regarding compensation to plaintiff.

Statement by Ms. Sulton.

Mr. Quiat does not object to the status quo being maintained pending resolution of the motion to set aside default.

**ORDERED**:  Motion to Vacate Hearing Set for July 23, 2009 (Doc. 25) is granted upon the conditions that (1) the motion to set aside default is filed by July 23,

      2009, and (2) defendant pay plaintiff's travel costs, hotel costs and attorney fees, including those attorney fees incurred in responding to the Motion to Vacate Hearing.  If counsel cannot agree on the amount, Ms. Sulton may file a motion for costs and fees.

After counsel have briefed the motion to set aside default, counsel shall contact chambers and schedule the motion for hearing.

**ORDERED**: As stipulated by the parties, there will be no eviction of plaintiff pending determination of the motion to set aside default.

3:11 p.m. Court in recess.

Hearing concluded.
Time:  00:10