IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No.  09-cv-00369-WDM-BNB

KARENE'E WILLIAMS,

    Plaintiff,

v.

M&T BANK, as successor by merger to M&T Mortgage Corporation,

    Defendant.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion to withdraw document #36 is granted.

Dated:  September 30, 2009

                                     s/ Jane Trexler, Secretary/Deputy Clerk