IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

---

Courtroom Deputy: Bernique Abiakam          October 8, 2009
Court Reporter: Gwen Daniel

---

Civil Action No. 09-cv-00369-WDM-BNB

| Parties: | Counsel: |
|---|---|
| KARENE'E WILLIAMS, | Anne Sulton *(via telephone)* |
| Plaintiff, | |
| v. | |
| M & T Bank, As successor by merger to M & T Mortgage Corporation, | Erica Kitaev<br>Laurin D. Quiat |
| Defendant. | |

---

## COURTROOM  MINUTES

---

Motions Hearing

**2:06 p.m.     Court in session.**

Court calls case.  Appearances of counsel.

Court's preliminary statement.

Discussion regarding pending motions.

Argument regarding Motion Pursuant To F.R.C.P. 55(C) To Set Aside Clerk's Entry Of Default.

2:08 p.m.     Argument by Ms. Kitaev.

*09-cv-00369-WDM*
*Motions Hearing*
*October 8, 2009*

2:13 p.m.     Argument by Ms. Sulton.

2:17 p.m.     Comments and ruling by the Court.

**ORDERED:** Motion Pursuant To F.R.C.P. 55(C) To Set Aside Clerk's Entry Of Default (Filed 7/23/09; Doc. No. 32) is GRANTED.

**ORDERED:** Plaintiff's Application For Default Judgment (Filed 6/5/09; Doc. No. 13) is DENIED as MOOT.

**ORDERED:** Motion To Withdraw As Counsel For Plaintiff And Certificate Of Compliance With Local Rules D.C. Colo. LcivR 7.1(A) And D.C.Colo.LCivR 83.3 (Filed 8/16/09; Doc. No. 35) is GRANTED.

Statement by Plaintiff.

The Court advises the Plaintiff regarding seeking new counsel.

**ORDERED:** Defendant shall file answer to complaint by **October 16, 2009.**

**2:30 p.m.     Court in recess.**
Hearing concluded.
Time:  00:24