IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00369-WDM-BNB

KARENE'E WILLIAMS,

Plaintiff,

v.

M&T BANK, as successor by merger to M&T Mortgage Corporation,

Defendant.

---

## ORDER

---

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **April 12, 2010**, the parties shall file a stipulation of or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated March 29, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge