IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00369-WDM-BNB

KARENE'E WILLIAMS,

Plaintiff,

v.

M&T BANK, as successor by merger to M&T Mortgage Corporation,

Defendant.

_____

**ORDER**
_____

Consistent with matters discussed today at a status conference,

IT IS ORDERED that on or before **July 19, 2010**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated April 22, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge