IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00369-WDM-BNB

KARENE'E WILLIAMS,

Plaintiff,

v.

M&T BANK, as successor by merger to M&T Mortgage Corporation,

Defendant.
_____

**ORDER**
_____

This matter arises on the **Joint Motion to Stay Discovery Pending the Resolution of Settlement** [Doc. # 82, filed 6/2/2010] (the "Motion"). The stay is requested in view of the settlement reached by the parties. See Order [Doc. # 81, filed 4/22/2010].

IT IS ORDERED that the Motion [Doc. # 82] is GRANTED. Discovery and the requirements to make expert disclosures are STAYED pending further order of the court.

Dated June 7, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge