IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00369-WDM-BNB

KARENE'E WILLIAMS,

Plaintiff,

v.

M&T BANK, as successor by merger to M&T Mortgage Corporation,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion to Request Copies of Settlement Conference Transcripts** [docket no. 99, filed August 4, 2010] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to retain UNDER SEAL copies of the settlement conference transcripts once they have been entered into the record.

DATED:  August 4, 2010