IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.   09-cv-00369-WDM-BNB

KARENE'E WILLIAMS,

    Plaintiff,

v.

M & T BANK, as successor by merger to M & T Mortgage Corporation,

    Defendant.

## ORDER DISMISSING CASE

Miller, J.

This case is before me on Defendant's Response to Court's June 2, 2011 Show Cause Order (ECF No. 112).  This case was purportedly settled and dismissal papers were due July 19, 2010 (ECF No. 81).  Thereafter, Plaintiff filed a motion to rescind the settlement agreement, which, pursuant to the recommendation of Magistrate Judge Boyd N. Boland (ECF No. 109), I denied.  ECF No. 110.  Because no further action had been taken, I ordered the parties to show cause why the case should not be dismissed without prejudice with each party to pay its own costs.  Plaintiff did not respond.  Defendant has responded and states that the case should be dismissed, but with prejudice since the settlement agreement, which has been held to be enforceable, resolves the matters at issue.  I agree with Defendant.

Accordingly, it is ordered:

1.    The show cause order (ECF No. 111) is discharged.

2. Plaintiff's claims are dismissed with prejudice, each party to pay her or its own costs and attorneys' fees.

DATED at Denver, Colorado, on June 20, 2011

BY THE COURT:

s/ Walker D. Miller
United States District Judge